UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHRISTINE HOLLORAN, *et. al*,

    Plaintiffs,

  v.

ELI LILLY AND COMPANY,

    Defendant.

CIVIL ACTION No.

## RULE 7.1 DISCLOSURE STATEMENT

  I, the undersigned, counsel of record for Defendant Eli Lilly and Company, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Eli Lilly and Company which have any outstanding securities in the hands of the public.

### Lilly Del Mar, Inc., a British Virgin Islands Corporation

  These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

ELI LILLY AND COMPANY

Lawrence H. Martin, D.C. Bar # 476639
Foley Hoag LLP
1875 K Street, NW, Suite 800
Washington, D.C. 20006-1238
(202) 223-1200

and

James J. Dillon, D.C. Bar # 485593
Foley Hoag LLP
155 Seaport Boulevard
World Trade Center West
Boston, MA 02210-2600
(617) 832-1000

Dated: January 5, 2007

## CERTIFICATE OF SERVICE

I certify that on January 5, 2007, a true copy of the foregoing Rule 7.1 Disclosure Statement was served by U.S. First Class Mail, postage prepaid, upon:


Aaron M. Levine, Esq.
Aaron M. Levine & Associates, P.A.
1320 Nineteenth Street, N.W.
Suite 500
Washington, DC 20036
**Attorney for Plaintiffs**


_____
Betty Marroquin