IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTINE HOLLORAN, et al.,** ] | |
| ] | |
| **Plaintiffs,** ] | |
| ] | |
| v. ] | Civil Action No.: 07-0030 (CKK) |
| ] | Next Event: |
| **ELI LILLY AND COMPANY,** ] | |
| ] | |
| **Defendant.** ] | |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Brandon J. Levine of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs CHRISTINE HOLLORAN and JAMES HOLLORAN in the above-referenced matter.

                                                                    Respectfully submitted,

                                                                     AARON M. LEVINE & ASSOCIATES


                                                                     /s/ Brandon J. Levine
                                                                  BRANDON J. LEVINE, #412130
                                                                  1320 19th Street, N.W., Suite 500
                                                                  Washington, DC  20036
                                                                  202-833-8040
                                                                  Fax: 202-833-8046