IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTINE HOLLORAN, et al., ] | |
| ] | |
| Plaintiffs, ] | |
| ] | |
| v. ] | Civil Action No.: 07-0030 (CKK) |
| ] | Next Event: Initial Scheduling Conference |
| ELI LILLY AND COMPANY, ] | on March 16, 2007 at 9:30 a.m. |
| ] | |
| Defendant. ] | |

## STIPULATION TO DISPENSE WITH 26(a)(1) INITIAL DISCLOSURES

The parties, through counsel, hereby agree and stipulate to dispense with the exchange of Initial Disclosures pursuant to Fed.R.Civ.P. 26(a)(1).

                                                                Respectfully submitted,

AARON M. LEVINE & ASSOCIATES        FOLEY HOAG LLP


 /s/ Aaron M. Levine                                  /s/ Lawrence H. Martin (by permission-rm)
AARON M. LEVINE, #7864                     LAWRENCE H. MARTIN, #476639
1320 19th Street, N.W.                             1875 K Street, N.W.
Suite 500                                                    Suite 800
Washington, DC 20036                            Washington, DC  20006
202/833-8040                                            202-223-1200

Counsel for Plaintiffs                                and

                                                                 James J. Dillon, Esq.
                                                                 FOLEY HOAG LLP
                                                                 155 Seaport Boulevard
                                                                 Boston, MA 02210-2600
                                                                 617/832-1000

                                                                 Counsel for Defendant Eli Lilly and Company

Dated: March 9, 2007