IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTINE HOLLORAN, et al., ]<br>]<br>Plaintiffs, ]<br>]<br>v. ]<br>]<br>ELI LILLY AND COMPANY, ]<br>]<br>Defendant. ] | Civil Action No.: 07-0030 (CKK)<br>Next Event: Deadline for Plaintiffs' 26(a)(2)<br>Statements on 7/16/07 |

**JOINT STATUS REPORT AS TO DISCOVERY PLAN**

COME NOW the parties, pursuant to this Court's March 16, 2007, Scheduling Order, and hereby submit the following agreed Joint Discovery Plan:

| | |
|---|---|
| 6/14/07 | Deadline for serving discovery requests. Responses due thirty (30) days after service. |
| 7/07 | The defendant will, subject to the witnesses availability, conduct the depositions of the plaintiffs and plaintiff Christine Holloran's mother and father the week of July 23, 2007. |
| 8/07 | Upon disclosure of plaintiffs' experts, the defendant will notify plaintiffs' counsel of which specific expert(s) they intend to depose and the parties will, subject to the expert(s)' availability, schedule these depositions to be conducted the week of August 20, 2007. |
| 9/07 | Upon disclosure of defendant's experts, the plaintiffs will notify defendant's counsel of which specific expert(s) they intend to depose and the parties will, subject to the expert(s)' availability, schedule these depositions to be conducted the week of September 17, 2007. |
| 10/15/07 | Deadline for concluding any and all discovery, including depositions of witnesses who may be disclosed as discovery progresses. |

|  | Respectfully submitted, |
|---|---|
| AARON M. LEVINE & ASSOCIATES | FOLEY HOAG LLP |
| /s/ Aaron M. Levine | /s/ James J. Dillon (by permission-rm) |
| AARON M. LEVINE, #7864 | JAMES J. DILLON, #485593 |
| 1320 19th Street, N.W., Suite 500 | 155 Seaport Boulevard |
| Washington, DC  20036 | Boston, MA  02210 |
| 202-833-8040 | 617-832-1000 |
| Counsel for Plaintiffs | and |
|  | Lawrence H. Martin, Esq. |
|  | FOLEY HOAG LLP |
|  | 1875 K Street, N.W., Suite 800 |
|  | Washington, DC  20006 |
|  | 202-223-1200 |
|  | Counsel for Defendant Eli Lilly and Company |

Dated: March 26, 2007